# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

––––––––––

No. 16-40829
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 20, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MARTIN OVALLE-GARCIA,

Defendant-Appellant

––––––––––

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:15-CR-1547-1

––––––––––

Before DENNIS, PRADO, and OWEN, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Martin Ovalle-Garcia raises an argument that is foreclosed by *United States v. Rodriguez*, 711 F.3d 541, 562 (5th Cir. 2013) (en banc). Accordingly, the motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

––––––––––

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.